# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RULTZ E. RAYMOND and RUTH RAYMOND,**<br><br>Plaintiffs,<br><br>v.<br><br>**TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>Defendants. | CIVIL ACTION NOS.<br><br>1:20-CV-00757-ELR-RDC<br>(Lead Case)<br><br>1:20-CV-00758-MLB-LTW<br>(Consolidated Case) |

## STIPULATION TO DISMISS

Plaintiff **RUTH RAYMOND**, and Defendant **EQUIFAX INFORMATION SERVICES, LLC**, by counsel, and through their respective signatures below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, without prejudice, both sides to bear their own fees and costs.

Dated: July 6th, 2020

JOSEPH P. MCCLELLAND, LLC

<u>/s/Joseph P. McClelland, Esq.</u>
Joseph P. McClelland, Esq.
Georgia Bar No. 483407
545 N. McDonough St., Suite 210
Decatur, Georgia 30030
Telephone: (770) 775-0938
joseph@jacksonlaws.com

Attorney for Plaintiff


/s/Esther Slater McDonald
---
Esther Slater McDonald
Seyfarth Shaw LLP
1075 Peachtree Street, NE, Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
Email: emcdonald@seyfarth.com

*Attorneys for Equifax Information Services LLC*


/s/Kim A. Purcell
---
Kim A. Purcell
JONES DAY
1420 Peachtree Street, NE, Suite 800
Atlanta, GA 30309
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
Email: kapurcell@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*


/s/Michael Merar
---
Michael Merar
Attorney at Law
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
214-871-2100 (Main)
214-560-5443 (Direct)
214-871-2111 (Fax)

*Attorneys for Trans Union*