UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF GEORGIA--ATLANTA DIVISION

RULTZ RAYMOND,
RUTH RAYMOND

    Plaintiffs,

 -vs-

TRANS UNION, LLC, *et al.*,

    Defendant.

Case No. 1:20-CV-00757-ELR-RDC
Hon. Eleanor L. Ross
Magistrate Judge: Regina D. Cannon

## **INDEX OF EXHIBITS**

This List ................................................................................................................. Exhibit 1

Trans Union Response to Rultz Raymond's Production Request ...................................... Exhibit 2

Trans Union Response to Ruth Raymond's Production Request ....................................... Exhibit 3

Intelenet Areas of Service .................................................................................................. Exhibit 4

CDIA Metro 2 Guide ......................................................................................................... Exhibit 5

Metro 2 Task Force ............................................................................................................ Exhibit 6

CDIA Policy Work ............................................................................................................ Exhibit 7

BBB Complaints ................................................................................................................ Exhibit 8