IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RULTZ E. RAYMOND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:20-CV-00757-ELR-RDC |
| TRANS UNION, LLC et al.., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.1D(1), the undersigned hereby enters his appearance as counsel for Plaintiff Rultz E. Raymond in the captioned case.

This 11th day of November, 2020.

| | |
|---|---|
| **MCRAE BERTSCHI & COLE LLC** | */s/ Craig E. Bertschi* |
| 1872 Independence Square, Suite D | Craig E. Bertschi |
| Dunwoody, Georgia 30338 | Georgia Bar No. 055739 |
| | ceb@mcraebertschi.com |
| *Counsel for Plaintiff* | 678.999.1102 |

- 1 -