# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RULTZ E. RAYMOND AND, <br> RUTH E. RAYMOND, <br> <br> Plaintiff, <br> <br> v. <br> <br> TRANS UNION, LLC, et al. <br> <br> Defendants. | : <br> : <br> : <br> : CIVIL ACTION FILE NO.: <br> : 1:20-CV-00757-ELR-RDC <br> : (Lead case) <br> : <br> : 1:20-cv-00758-MLB-LTW <br> : (Consolidated Case) <br> : |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiffs and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED, this 29th day of December, 2020.

Stipulated to by:

**LYNGKLIP & ASSOCIATES, CONSUMER LAW CENTER, PLC**

| | |
|---|---|
| s/ Ian B. Lyngklip <br> Ian B. Lyngklip <br> *Admitted Pro Hac Vice* <br> *Attorney for Plaintiffs* <br> 418 North Main St., Ste. 200 | *[Signed with express permission by Joseph P. McClelland, III]* |

- 1 -

Royal Oak, MI 48067
Telephone: (248) 208-8864
Facsimile: (248) 208-9073
E-mail: Ian@ConsumerLawyers.Com

**LAW FIRM OF JOSEPH P. MCCLELLAND, LLC**

s/Joseph P. McClelland
Joseph P. McClelland, III
Georgia Bar No.: 483407
*Attorney for Plaintiffs*
545 N. McDonough Street, Suite 210
Decatur, Georgia 30030
Telephone: (770) 775-0938
Facsimile: (770) 775-0932
E-mail: joseph@jacksonlaws.com

**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

| | |
|---|---|
| s/ Paul Myers | *[Signed with express permission* |
| Paul L. Myers | *by Joseph P. McClelland, III]* |
| *Admitted Pro Hac Vice* | |
| *Attorney for Defendant Trans Union, LLC* | |
| 6900 Dallas Parkway, Suite 800 | |
| Plano, TX 75024 | |
| Telephone: (214) 871-2100 | |
| Facsimile: (214) 871-2111 | |
| E-mail: pmyers@qslwm.com | |

**HAWKINS PARNELL & YOUNG, LLP**

| | |
|---|---|
| /s/ Carl H. Anderson, Jr. | *[Signed with express permission* |
| Carl H. Anderson, Jr. | *by Joseph P. McClelland, III]* |
| Georgia Bar No. 016320 | |
| *Attorney for Defendant Trans Union, LLC* | |
| 303 Peachtree Street NE, Suite 4000 | |
| Atlanta, GA 30308 | |
| Telephone: 404) 614-7400 | |

13087802v1

Facsimile:    (404) 614-7500
E-mail:       canderson@hpylaw.com

13087802v1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| RULTZ E. RAYMOND AND, <br> RUTH E. RAYMOND, | : <br> : <br> : | |
| Plaintiff, | : <br> : | CIVIL ACTION FILE NO.: <br> 1:20-CV-00757-ELR-RDC |
| v. | : <br> : | (Lead case) |
| TRANS UNION, LLC, et al. | : <br> : | 1:20-cv-00758-MLB-LTW <br> (Consolidated Case) |
| Defendants. | : | |

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGa., and LR 7.1(D), NDGa.  Specifically, counsel certifies that he has used 14 point Times New Roman as the font in this document.

Respectfully submitted, this 29th day of December, 2020.

**LAW FIRM OF JOSEPH P. MCCLELLAND, LLC**

*s/Joseph P. McClelland*
Joseph P. McClelland, III
Georgia Bar No.: 483407
*Attorney for Plaintiffs*
545 N. McDonough Street, Suite 210
Decatur, Georgia 30030
Telephone:   (770) 775-0938
Facsimile:    (770) 775-0932

- 1 -

13087802v1

- 2 -

                                                    E-mail:    joseph@jacksonlaws.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RULTZ E. RAYMOND AND, <br> RUTH E. RAYMOND, <br> <br> Plaintiff, <br> <br> v. <br> <br> TRANS UNION, LLC, et al. <br> <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION FILE NO.: <br> 1:20-CV-00757-ELR-RDC <br> (Lead case) <br> <br> 1:20-cv-00758-MLB-LTW <br> (Consolidated Case) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

*Counsel for Plaintiffs*

Ian B. Lyngklip, Esq.
Sylvia Bolos, Esq.
ian@consumerlawyers.com
Lyngklip & Associates, Consumer Law Center, PLC
24500 Northwestern Highway
Southfield, MI 48075

Craig E. Bertschi, Esq.
ceb@mcraebertschi.com
McRae Bertschi & Cole LLC
1872 Independence Square, Suite D
Dunwoody, GA 30338

- 1 -

13087802v1

- 2 -

*Counsel for Defendant*

Paul L. Myers, Esq.
pmyers@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser**, P.C.**
6900 Dallas Parkway, Suite 800
Plano, TX 75024

Carl H. Anderson, Jr.
canderson@hpylaw.com
Hawkins Parnell & Young, LLP
303 Peachtree Street NE, Suite 4000
Atlanta, GA 30308

**LAW FIRM OF JOSEPH P. MCCLELLAND, LLC**

*s/Joseph P. McClelland*
Joseph P. McClelland, III
Georgia Bar No.: 483407
*Attorney for Plaintiffs*
545 N. McDonough Street, Suite 210
Decatur, Georgia 30030
Telephone: (770) 775-0938
Facsimile: (770) 775-0932
E-mail: joseph@jacksonlaws.com

13087802v1